William A. Fuhrman (ISB 2932)
Cody J. Witko (ISB 10427)
JONES WILLIAMS FUHRMAN GOURLEY, P.A.
The 9th and Idaho Center
225 N. 9th Street, Suite 820
P.O. Box 1097
Boise, ID  83701
Telephone (208)331-1170
Facsimile (208)331-1529
Email: *bfuhrman@idalaw.com*
       *cwitko@idalaw.com*

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JANE EVANS,<br><br>             Plaintiff,<br><br>vs.<br><br>WALGREENS BOOTS ALLIANCE, INC., a Delaware corporation; and WALGREEN CO., an Illinois corporation,<br><br>             Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** |

Comes now Defendants, WALGREENS BOOTS ALLIANCE, INC., and WALGREEN CO., by and through their attorneys of record, Jones Williams Fuhrman Gourley, P.A., and respectfully allege as follows:

1. This notice of removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446(a) for the purpose of removing this action from the Fourth Judicial District of the State of Idaho, in and for the County of Ada.

2. Defendants, Walgreens Boots Alliance, Inc., and Walgreen Co. were served with a Summons and Complaint and Demand for Jury Trial ("Complaint") on August 19, 2022. A true and correct copy of the Complaint and Summons are attached hereto as **Exhibit A.** The Complaint was

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT - 1

filed in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, styled and captioned exactly as above, and assigned Case No. CV01-22-10431. Attached hereto in accordance with the District of Idaho Local Rule 81.1, as **Exhibit B**, is a true and correct copy of the docket sheet for Case No. CV01-22-10431.

3. Case No. CV01-22-10431 is a civil action in which Plaintiff seek to recover from Defendants all economic and non-economic damages pursuant to a negligence cause of action.

4. Plaintiff's Complaint alleges, and Defendants therefore informed and believe, that Plaintiff Jane Evans is an individual residing in Ada County, Idaho.

5. Defendant Walgreens Boots Alliance, Inc., is a foreign corporation incorporated in the State of Delaware with its principal place of business in the State of Illinois.

6. Defendant Walgreen Co. is a foreign corporation incorporated in the State of Illinois and has its principal place of business in the State of Illinois.

7. For the purpose of removal, and pursuant to 28 U.S.C. §1332(c), Defendants are not citizens of the State of Idaho.

8. Based on communications with Plaintiff Jane Evans' counsel and representations made by the same, and upon information and belief, the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, in that Plaintiff is seeking to recover, among other things, damages in excess of that amount, including special and economic damages.

9. Pursuant to 28 U.S.C. § 1332(a), the federal district courts have jurisdiction of a civil action where the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs and is between citizens of different states.

10. Pursuant to 28 U.S.C. §§ 1332, 1441(a)–(b), and 1446, the relevant state court action, Ada County Case No. CV01-22-10431, may be removed to federal district court, as the

amount in controversy exceeds $75,000.00, exclusive of interest and costs, and there was at the time this action was filed, and there is now, diversity of citizenship between Plaintiff and Defendants.

11. This Notice of Removal is timely. 28 U.S.C. §1446(b) requires that a notice of removal be filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…" Defendants were served on August 19, 2022.

12. In accordance with 28 U.S.C. § 1446(d), after filing this Notice of Removal, Defendants will promptly serve written notice of this Notice of Removal on counsel for all parties and will file the same with the Clerk of the Fourth Judicial District of the State of Idaho, in and for the County of Ada; a true and correct copy of the notice is attached hereto as **Exhibit C** and, by this reference, incorporated herein as if set forth in full.

WHEREFORE, Defendants pray that the above-entitled action pending against it in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, be removed to the United States District Court for the District of Idaho.

DATED this 2nd day of September, 2022.

JONES WILLIAMS FUHRMAN GOURLEY, P.A.

/s/ *William A. Fuhrman*
William A. Fuhrman, Of the Firm
Cody J. Witko, Of the Firm
Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 2nd day of September, 2022, I caused to be served a true and correct copy of the above and foregoing document upon the following parties by the method(s) indicated below.

| | |
|---|---|
| Eric S. Rossman | ____ U.S. Mail, Postage Prepaid |
| Erica S. Phillips | ____ Hand Delivered |
| Matthew G. Gunn | ____ Overnight Mail |
| ROSSMAN LAW GROUP, PLLC | ____ Telecopy / Fax |
| 350 N. 9th St. Suite 500 | ____ i-Court E-file |
| Boise, Idaho 83702 | _X_ ECF/ E-Mail: *rlg@rossmanlaw.com* |
| *Attorneys for Defendant* | |

                          /s/ *William A. Fuhrman*
                          William A. Fuhrman