# EXHIBIT A

Electronically Filed
7/20/2022 4:20 PM
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Sandra Crites, Deputy Clerk

Eric S. Rossman, ISB #4573
erossman@rossmanlaw.com
Erica S. Phillips, ISB #6009
ephillips@rossmanlaw.com
Matthew G. Gunn, ISB #8763
mgunn@rossmanlaw.com
ROSSMAN LAW GROUP, PLLC
350 N. 9th Street, Suite 500
Boise, Idaho  83702
Telephone:  (208) 331-2030
Facsimile:  (208) 947-2424
*iCourt efiling only: rlg@rossmanlaw.com*

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| JANE EVANS, | CASE NO. _____ CV01-22-10431 |
| Plaintiff, | SUMMONS |
| -vs- | |
| WALGREENS BOOTS ALLIANCE, INC., a Delaware corporation; and WALGREEN CO. an Illinois corporation, | Yee-Wallace, Cynthia |
| Defendants. | |

**NOTICE:  YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S).** THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. **READ THE INFORMATION BELOW.**

TO:        All Above-named Defendants

SUMMONS - 1

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court at 200 West Front Street, Boise, ID 83702, (208) 287-6900, within 21 days after service of this Summons on you. If you fail to so respond the court may enter judgment against you as demanded by the plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 2 and other Idaho Rules of Civil Procedure and must also include:

1.   The title and number of this case.

2.   If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.   Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.   Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATE: ___7/20/2022 4:20 PM_____

PHIL McGRANE
CLERK OF THE DISTRICT COURT

By ___*Sandra Crit...*_____
    Deputy

SUMMONS - 2

Electronically Filed
7/20/2022 4:20 PM
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Sandra Crites, Deputy Clerk

Eric S. Rossman, ISB #4573
erossman@rossmanlaw.com
Erica S. Phillips, ISB #6009
ephillips@rossmanlaw.com
Matthew G. Gunn, ISB #8763
mgunn@rossmanlaw.com
ROSSMAN LAW GROUP, PLLC
350 N. 9th Street, Suite 500
Boise, Idaho 83702
Telephone: (208) 331-2030
Facsimile: (208) 947-2424
*iCourt efiling only:* **rlg@rossmanlaw.com**

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

CV01-22-10431

| | | |
|---|---|---|
| JANE EVANS, | ) | CASE NO. _____ |
| | ) | |
| Plaintiff, | ) | **COMPLAINT AND DEMAND FOR** |
| | ) | **JURY TRIAL** |
| -vs- | ) | |
| | ) | |
| WALGREENS BOOTS ALLIANCE, INC., a | ) | |
| Delaware corporation; and WALGREEN CO. | ) | Fee Category: AA |
| an Illinois corporation, | ) | Filing Fee: $221.00 |
| | ) | |
| Defendants. | ) | |

COMES NOW, the above-named Plaintiff, Jane Evans, by and through her

counsel of record, the law firm of ROSSMAN LAW GROUP, PLLC, and for a cause of action

against the Defendants, Walgreens Boots Alliance, Inc., and Walgreen Co., and COMPLAINS

AND ALLEGES as follows:

**COMPLAINT AND DEMAND FOR JURY TRIAL - 1**

## PARTIES

1.      At all times relevant herein, Plaintiff was and now is an individual residing in Boise, Ada County, Idaho.

2.      At all times relevant herein, Defendant Walgreens Boots Alliance, Inc. was and is a corporation organized under the laws of the State of Delaware.

3.      At all times relevant herein, Defendant Walgreen Co. was and is a corporation organized under the laws of the State of Illinois.  Walgreen Co. is a subsidiary of Walgreens Boots Alliance, Inc.  Walgreens Boots Alliance, Inc. and Walgreen Co. shall hereinafter be collectively referred to as "Walgreens."

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this matter pursuant to Idaho Code § 1-705.

5.      Venue is appropriate in this Court pursuant to Idaho Code § 5-404.

## GENERAL ALLEGATIONS

6.      Plaintiff had her thyroid removed in 1990.  Since that time, Plaintiff has been on thyroid medication which is essential to her survival.  Plaintiff's thyroid medications had changed various times over the years due to medications being discontinued or taken off the market or if a new/different medication was a better choice.  In December of 2020, Plaintiff had been prescribed five micrograms of Liothyronine Cytomel once a day.

7.      Plaintiff picked up a refill of her prescription at the Walgreens Pharmacy located at 2285 Apple Street, Boise, Idaho, on approximately December 7, 2020, and began taking the medication as prescribed.

COMPLAINT AND DEMAND FOR JURY TRIAL - 2

8.     In January of 2021, Plaintiff began experiencing tremors and heart palpitations which continued with more frequency into February and March. Dr. Burke ordered blood work which showed hyperthyroidism resulting in abnormally high levels of T3/T4 and low levels of TSH which control metabolism, heart function and other organ functions.

9.     In March of 2021, Plaintiff consulted Dr. Burke two more times for worsening tremors and shaking in her hands and legs, high blood pressure, shortness of breath and heart palpitations. Dr. Burke ordered another lab draw in May. Dr. Burke also referred Plaintiff to a cardiologist for further care and treatment relating to her heart palpitations.

10.     On either April 13 or 14, 2021, Plaintiff and Dr. Burke were contacted by a pharmacist at the Walgreens located at 2285 Apple Street, Boise, Idaho. Walgreens advised that during an internal audit an error had been discovered in Plaintiff's prescription. Instead of 5 mcg of Cytomel, for approximately the prior three to four months, Walgreens had been filling her prescription with a dosage of 50 mcg. Dr. Burke ordered labs and Ms. Evans was advised to stop taking Cytomel.

11.     On June 8, 2021, Ms. Evans was seen by Alina Robert, MD, a cardiologist at St. Luke's Idaho Cardiology Associates. Ms. Evans was still experiencing heart palpitations, shortness of breath and had not been able to return to her normal level of physical activity. After examination, Dr. Robert recommended a heart monitor and echocardiogram and prescribed beta blockers. Ms. Evans continued to have cardiac monitoring and underwent a cardiac stress test on August 17, 2021.

12.     Since that time, Plaintiff continues to be treated for the effects of the overdose.

COMPLAINT AND DEMAND FOR JURY TRIAL - 3

## COUNT ONE

### *Negligence (Walgreens)*

13.     Plaintiff realleges and incorporates by this reference all the allegations contained in Paragraphs 1 through 12 above as if set out in full.

14.     The dispensing of an improper prescription was negligent and fell below the applicable standard of care owed to the patient by Walgreens at the times and places alleged hereinabove.

15.     Walgreens' negligence, through its agents, employees and/or representatives, was the direct and proximate cause of Plaintiff's injuries.

16.     As a direct and proximate result of Walgreens' negligence, through its agents, employees and/or representatives, Plaintiff has sustained both economic and non-economic losses, the precise amount of damage which will be proven at the time and place of trial in this action, but in any event exceed $25,000.00.

17.     Walgreens' conduct, through its agents, employees and/or representatives, was reckless and outrageous as alleged hereinabove, constituting an extreme deviation from reasonable standards of conduct, and Walgreens' conduct, through its agents, employees and/or representatives, was performed with an understanding of, or disregard for, its likely consequences.

18.     Plaintiff is entitled to recover her attorney fees and costs incurred in the prosecution of this action pursuant to Idaho Code §§ 12-120, 12-121, Idaho Rules of Civil Procedure 54(d) and 54(e), and all other applicable state law.

COMPLAINT AND DEMAND FOR JURY TRIAL - 4

19.    Plaintiff reserves this paragraph for the inclusion of a claim for punitive damages under Idaho Code § 6-1604.

WHEREFORE, Plaintiff prays for Judgment of this Court as follows:

1.    For money damages for Plaintiff from Defendants under the theory of negligence in a sum to be determined at trial in excess of $25,000.00, and representing Plaintiffs' economic damages relating to lost contribution of services, past medical expenses, supplies, nursing and physician care, pain and suffering, and loss of enjoyment of life;

2.    For Plaintiff's reasonable attorney fees necessitated in this action pursuant to Idaho Code §§ 12-120 and 12-121, Idaho Rules of Civil Procedure 54(d) and 54(e), and all other applicable state law;

3.    For costs of suit incurred herein; and

4.    For such other and further relief as to the Court is just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of no less than twelve (12) persons on all issues so triable pursuant to Idaho Rule of Civil Procedure 38(b).

DATED this __20th__ day of July, 2022.

ROSSMAN LAW GROUP, PLLC

By_____
Eric S. Rossman
Attorneys for Plaintiff

Z:\Work\E\Evans, Jane\Complaint.doc

**COMPLAINT AND DEMAND FOR JURY TRIAL - 5**