UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANE EVANS,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>WALGREENS BOOTS ALLIANCE, INC., a Delaware corporation; and WALGREEN CO., an Illinois corporation,<br><br>　　　Defendants. | Case No. 1:22-cv-00380-AKB<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

In accordance with the Stipulation of Dismissal (Dkt. 47) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and signed by all parties who have appeared in this action, the above-captioned action is automatically terminated in its entirety with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (dismissal under Rule 41(a)(1)(A) is automatic, without court order).

DATED: October 01, 2024

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge

**ORDER RE: STIPULATION OF DISMISSAL - 1**